

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
  Plaintiff

CASE NUMBER: CR: 11-TP-20069-Ungaro

VS.

REPORT COMMENCING CRIMINAL ACTION

Barry Goldman
  Defendant

10172-046
  USMS NUMBER

---

TO: CLERK'S OFFICE        (MIAMI)        FT. LAUDERDALE        W. PALM BEACH
U.S. DISTRICT COURT       (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 7-1-11    7:30  (A.M.)    P.M. _____

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: Probation Violation

(4) DATE OF BIRTH: 8-6-50

(5) TYPE OF CHARGING DOCUMENT:       (CHECK ONE)
    { } INDICTMENT            { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    {✓} PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: _____

(6) REMARKS:

(7) DATE: 7-1-11    (8) ARRESTING OFFICER: Barry Golden
(9) AGENCY: U.S. Marshals    (10) PHONE: 954 214-0301

(11) COMMENTS: _____