COURT MINUTES
U.S. MAGISTRATE JUDGE PATRICK A. WHITE    - COURTROOM No. 3

DATE: 07/01/11         TIME: 1:30 PM          PAGE: 9

DEFT: BARRY GOLDMAN (J)10172-046      CASE NO: 11-20069-TP-UNGARO
AUSA: Robert Luck                      ATTY: Jeffrey Weiner - Temp
AGENT: USMS                            VIOL: SUPERVISED RELEASE VIOL
PROCEEDING: INITIAL APPEARANCE         RECOMMENDED BOND:
BOND/PTD CONTESTED HRG - yes / no      CJA APP'T:
BOND SET @:                            To be cosigned by:
                                       LANGUAGE: ENGLISH

                                       Disposition:

☐ All Standard Conditions.

☐ Surrender / or do not obtain passports / travel documents

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person     "No Bond" Requested

☐ Refrain from excessive use of alcohol

☐ Participate in a mental health assessment and treatment

☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary

☐ Not to encumber property.

☐ Maintain or seek full - time employment/education.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ May Not visit Transportation Establishments.

☐ Travel extended to: _____

☐ Home Confinement: Electronic Monitoring and/or Curfew __ _____, paid by _____

☐ Other_____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 7/7/11 | 10:00 | Duby | Miami |
| PTD/BOND HEARING: | 7/7/11 | 10:00 | Duby | Miami |
| PRELIM/ARRAIGN OR REMOVAL: Probable Cause | 7/7/11 | 10:00 | Duby | Miami |
| STATUS CONFERENCE: | DAR: 13:49:37 & 14:09:02 | | TIME IN COURT: 5 minutes | |