UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA   TP

CASE NO. 11-20069-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Barry Goldman

    Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW JEFF WEINER, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida for an alleged violation of probation/supervised release.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: July 7/2011

Attorney: JEFF WEINER
Address: Two Datran Center, Suite 1910
City: Miami  State: FL  Zip Code: 33156
Telephone: (305) 670-9919
Florida Bar Number: 018214

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____