UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:11-TP-20069-CR-UNGARO

UNITED STATES OF AMERICA,
          Plaintiff,

v.

BARRY GOLDMAN,
          Defendants.

------------------------------------/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE
## FOR REVOCATION HEARING

PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Edwin G. Torres to take all the necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the Defendant's Supervised Release should be revoked. Pursuant to this referral order, it is also

ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter shall be directed to the Magistrate's chambers.

DONE and ORDERED in chambers at the United States District Court, Miami, Florida, this ___8___ day o f July, 2011.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
      Counsel of Record