UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20069-TP-MOORE/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GOLDMAN,

    Defendant.
_____/

## ORDER

This matter is before the Court on an Order of Reference for the scheduling of a hearing upon the filing of a Petition for revocation of supervised release [**D.E. 11**]. A telephonic status and scheduling conference is hereby set on the Petition, which shall take place on Tuesday, August 2 , 2011 at 2:00 p.m. before the undersigned Magistrate Judge, James Lawrence King Bldg., 99 N.E. Fourth Street, Tenth Floor Courtroom 5, Miami, Florida.  ***Counsel for the Government shall initiate the conference call to the chambers of the undersigned Magistrate Judge with all parties and the Probation Office representative on the line.***

If Defendant files a written statement that admits the charged violations, the status conference will be canceled and the final sentencing hearing will be scheduled before the District Judge.  If any party has a conflict regarding the date or time of the telephonic conference, that party shall coordinate with the other parties to find proposed alternative available dates for the conference.  This can be accomplished via

a conference call to the Court's Courtroom Deputy at (305)-523-5297.  If the parties cannot agree, the party seeking to change the date shall file a timely motion with the Court.

**DONE AND ORDERED** at Miami, Florida, this 11th day of July, 2011.

/s/   *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge