UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-TP-20069-UU

UNITED STATES OF AMERICA,

v.

BARRY GOLDMAN,

       Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above captioned case.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

          By:    s/ Christopher V. Parente
               Christopher V. Parente
               Assistant United States Attorney
               99 N.E. 4th Street
               Miami, Fl 33132
               Telephone Number (305) 961-9304

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   July 12, 2011  ,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                        s/Christopher V. Parente  
                                        Christopher V. Parente  
                                        Assistant United States Attorney