FILED by _CMA_ D.C.

JUL 13 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

SD/FL PACTS No. 101391

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>11-TP-20069-UNGARO</u>

/762737

U.S.A. vs Barry Goldman

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |||||
| NAME OF PROBATIONER<br>Barry Goldman    10172-046 | | SEX<br>W | RACE<br>M | AGE<br>60 |
| ADDRESS (STREET,CITY,STATE)<br>20608 N.E. 7th Court |||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>District of New Jersey ||| DATE IMPOSED<br>February 28, 2011 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Miami, FL |||||
| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK<br>KATHRYN HARLAN || DATE<br>6-28-11 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>6-28-2011 || DATE EXECUTED<br>7-1-2011 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals Service – Southern District of Florida<br>400 North Miami Avenue, 6th Floor<br>Miami, Florida 33128-7715 | Defendant was arrested by CIDUSM Barry Golden at his residence in North Miami Beach Florida. He was taken to the cellblock in Miami, processed and made initial appearance in magistrate court based on this charge. |||
| NAME<br>Neil K. DeSousa, Acting U.S. Marshal | (BY)<br>ASDUSM Xavier Jorge || DATE<br>7-1-2011 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."