# CRIMINAL MINUTES/CALENDAR
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES

**James Lawrence King Federal Justice Building - Courtroom 10-5**
**August 24, 2011**

**Clerk:** Maedon Clark                               **D.A.R.**   14:33:40 - 14:40:07

### 11-20069-TP-UNGARO/TORRES

### UNITED STATES OF AMERICA
*Christopher Parente, Assistant U.S. Attorney*

vs

### BARRY GOLDMAN (B)
*Jeffrey Weiner, Esquire*

| | |
|---|---|
| **REASON FOR HEARING** | STATUS / SCHEDULING CONFERENCE RE: SUPERVISED RELEASE VIOLATION |
| **RESULT OF HEARING** | Hearing held. |
| | The Parties announce no hearing is necessary as the defendant will stipulate to Violation 1 of the Petition. |
| | Violations 2 - 6 will be withdrawn by the U.S. Probation Officer. |
| | The parties request sentencing before U.S. District Judge Ungaro. |