UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20069-TP-UNGARO/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GOLDMAN,

    Defendant.
_____/

## ORDER

This matter is before the Court on an Order of Reference for the scheduling of a hearing upon the filing of a Petition for revocation of supervised release [D.E. 11]. A telephonic status and scheduling conference was scheduled for August 24, 2011.

The parties state in open court that a hearing is not necessary as the Defendant, Barry Goldman, will stipulate to Violation #1 of the Petition and the Government will dismiss Violations 2 through 6 of the Petition.

The Court accepts the stipulation of the parties. The parties are hereby directed to contact the Deputy Clerk to the District Judge to schedule all further proceedings in this matter.

**DONE AND ORDERED** at Miami, Florida, this 31 day of August, 2011.

                                                    /s/ *Edwin G. Torres*
                                                    EDWIN G. TORRES
                                                    United States Magistrate Judge