UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20069-CR-UNGARO/TORRES

UNITED STATES OF AMERICA,

vs.

BARRY GOLDMAN,

Defendant.
_____/

## ORDER

Upon the Motion of the United States, it is hereby **ORDERED and ADJUDGED** that Violations 2 through 6 of the Petition are dismissed without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22 day of September, 2011.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: AUSA Christopher Parente
    Jeffrey Weiner, Esq.