UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20069-TP-UNGARO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

BARRY GOLDMAN,

          Defendants.
_____/

### ORDER SETTING SENTENCING DATE

THIS MATTER is hereby set for Sentencing before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **NOVEMBER 4, 2011 at 1:30 P.M.**

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this _17_ day of October, 2011.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record