IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-TP-20069-UNGARO

UNITED STATES OF AMERICA, §

    Plaintiff, §

v. §

BARRY GOLDMAN, §

    Defendant. §
_____/

## ORDER RE-SETTING SENTENCING DATE

THIS MATTER is hereby re-set for Sentencing before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **NOVEMBER 10, 2011 at 10:00 a.m.**

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 24 day of October, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record