11 tp 20069- Ungaro

FILED by _JL_ D.C.

MAY 07 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

No further action required by
the U.S. Marshals Service.

Christian Phoro
UNITED STATES MARSHAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case 11-20069-TP-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BARRY GOLDMAN,

        Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

It appearing to the Court that on February 28, 2011 the defendant having been sentenced to a term of THREE (3) YEARS PROBATION. The defendant having now been duly brought before this court for hearing upon petition of the Probation Officer for revocation, and it further appearing that said defendant has violated the conditions of his Probation, it is therefore

ORDERED AND ADJUDGED that the defendant's Probation is hereby MODIFIED to include SIX (6) MONTHS HOME CONFINEMENT w/ electronic monitoring. All terms and condition of electronic monitor as ordered by Probation are to be followed by the defendant. It is further

ORDERED AND ADJUDGED that the Defendant shall complete his term of Probation as originally sentenced with all conditions as stated on the Judgment.

DONE and ORDERED in chambers at the United States Courthouse,