IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-TP-20069-UNGARO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § |
| BARRY GOLDMAN, | § |
| Defendant. | § |

_____/

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW, the defendant, BARRY GOLDMAN, by and through his undersigned counsel and respectfully moves this court to enter an order terminating his probation. In support of this motion, undersigned counsel states as follows:

1. On February 28, 2011, Mr. Goldman was sentenced to a term of three years probation in the United States District Court for the District of New Jersey.

2. On May 3, 2011, an order was entered accepting the transfer of jurisdiction of the probationer to the Southern District of Florida. [DE 1].

3. On July 1, 2011, the probation officer filed a "petition for revocation of supervised release".

4. On August 24, 2011, a status conference took place before The Honorable Edwin G. Torres. At the hearing Mr. Goldman stipulated to violation number one of the petition and the government agreed to dismiss violations two through six of the petition.

5. On November 9, 2011, Mr. Goldman was sentenced after a lengthy hearing before United States District Judge Ursula Ungaro. [DE 22].

6. On November 22, 2011, a judgment and commitment upon revocation of supervised release was entered by this court. [DE 23]. Mr. Goldman's probation was modified to include six months home confinement with electronic monitoring, which has been completed.

7. As of July 26, 2012, the defendant will have served approximately seventeen months of his probation. He has fully complied with all the conditions of his probation, which has been verified by United States Probation Officer Jeffrey Feldman.

8. There have been no problems during the time the defendant has been on probation.

9. The defendant poses no danger or threat to society; he has proven that he can live as a law-abiding citizen.

10. At the hearing before this court, Your Honor was open to the defendant filing this motion after half of the probation term was completed.

11. Pursuant to Local Rule 88.9, the undersigned contacted Christopher V. Parente, the Assistant United States Attorney assigned to the case at Bar, pertaining to this motion. He objects to this motion being granted.

**WHEREFORE**, the Defendant, BARRY GOLDMAN, respectfully requests that this court terminate his probation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 26th day of July, 2012.

        Respectfully submitted,

        JEFFREY S. WEINER, P.A.
          ATTORNEYS AT LAW
        Two Datran Center, Suite 1910
        9130 South Dadeland Blvd.
        Miami, Florida 33156-7858
        305 670-9919
        305 670-9299 Fax
        lawfirm@jeffweiner.com

    By:   /s/ Jeffrey S. Weiner
            JEFFREY S. WEINER, ESQUIRE
            Florida Bar No. 185214