UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 11-20069-TP-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                          ORDER

BARRY GOLDMAN,

        Defendant.

_____/

THIS cause is before the Court on the defendant's Motion for Termination of Probation (DE #25) and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED at the United States District Court, Miami, Florida, this 2 day of August, 2012.

                                                    URSULA UNGARO
                                                    UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record